KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7210
    Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CELESTINE GALLEGOS,<br><br>    Defendant. | No. 3 05 70547 EMC<br><br>[~~PROPOSED~~] ORDER AND STIPULATION FOR CONTINUANCE FROM OCTOBER 28, 2005 TO NOVEMBER 18, 2005 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) AND WAIVING TIME LIMITS UNDER RULE 5.1 |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling an arraignment or preliminary hearing date of November 18, 2005 at 9:30A.M. before the duty magistrate judge, and documenting the defendant's waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from October 28, 2005 to November 18. 2005. The parties agree, and the Court finds and holds, as follows:

    1. The defendant has been released on her own recognizance.

    2. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide continuity of counsel and reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    3. The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for

1 | preliminary hearing.

2 |     4. Counsel for the defense believes that postponing the preliminary hearing is in his client's best interest, and that it is not in his client's interest for the United States to indict the case during the normal 20-day timeline established in Rule 5.1.

5 |     5. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. Given these circumstances, the Court finds that the ends of justice served by excluding the period from October 28, 2005 to November 18, 2005, outweigh the best interest of the public and the defendant in a speedy trial. § 3161(h)(8)(A).

11 |     6. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary hearing date before the duty magistrate judge on November 18, 2005, at 9:30A.M., and (2) orders that the period from October 28, 2005 to November 18, 2005 be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED:_____  _____/s_____
                                            RON TYLER
                                            Attorney for Defendant

DATED:_____  _____/s_____
                                            ROBERT DAVID REES
                                            Assistant United States Attorney

IT IS SO ORDERED.

DATED: 11/2/05_____  _____
                                            HON. NANDOR VADAS
                                            United States Magistrate Judge